IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00190-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DERICK WILLIAMS-BERRIEN,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on June 6, 2013, (Docket No. 16). A Change of Plea Hearing is set for **July 8, 2013 at 10:30 a.m**. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **July 8, 2013**, and the four-day jury trial scheduled for **July 15, 2013** are VACATED.

DATED: June 13, 2013.

> BY THE COURT:
>
> _____
> RAYMOND P. MOORE
> United States District Judge